IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IDANIA GRISELDA MUNOZ VILLATORO AND KELVIN ANTONIO MUNOZ VILLATORO,<br>　　　PLAINTIFFS<br><br>VS.<br><br>J.B. HUNT TRANSPORT, INC<br>　　　DEFENDANT | §<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. 3:18-CV-00347-S<br>§<br>§<br>§<br>§<br>§ |

## JOINT MOTION OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

　　NOW COMES, Plaintiffs IDANIA GRISELDA MUNOZ VILLATORO AND KELVIN ANTONIO MUNOZ VILLATORO and Defendant J.B. HUNT TRANSPORT, INC, and jointly move for dismissal and would show this Court as follows:

　　Pursuant to FRCP 41, Plaintiffs seek voluntary dismissal of this matter. The claims asserted by Plaintiffs IDANIA GRISELDA MUNOZ VILLATORO AND KELVIN ANTONIO MUNOZ VILLATORO against Defendant J.B. HUNT TRANSPORT, INC. have been compromised and settled. Further, there are no counter-claims or other independent claims pending by any party.

　　WHEREFORE, Plaintiffs and Defendant request this Court to sign an order dismissing with Prejudice all claims made by Plaintiff IDANIA GRISELDA MUNOZ VILLATORO AND KELVIN ANTONIO MUNOZ VILLATORO against Defendant J.B. HUNT TRANSPORT, INC, with each party to bear their own costs.

**JOINT MOTION OF DISMISSAL**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Page 1**

Respectfully submitted,

Law Office of Domingo Garcia, P. C.

 */s/ Lucas Lafitte*_____
Lucas S. Lafitte
State Bar No. 24048599
Email: dallasoffice@dgley.com
400 S. Zang Blvd. Suite 600
Dallas, TX 75208
214-941-8300
214-943-7536

**Attorney for Plaintiff**s


Russell & Wright, PLLC

*/s/Michael C. Wright*_____
Michael C. Wright
State Bar No. 22049807
E-mail: mwright@rwtrial.com
15770 Dallas Parkway, Suite 1050
Dallas, TX 75248
972-267-8400
972-267-8401

**Attorney for Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that on this the <u>22nd</u> day of March 2019, a true and correct copy of the above and foregoing document was electronically served to the following counsel of record:

Michael C. Wright
Russell & Wright PLLC
15770 Dallas Parkway
Suite 1050
Dallas, TX 75248
972-267-8400
972-267-8401
mwright@rwtrial.com
ATTORNEY FOR DEFENDANT

                                              /s/ *Lucas S. Lafitte*
                                              Lucas S. Lafitte