IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IDANIA GRISELDA MUNOZ VILLATORO AND KELVIN ANTONIO MUNOZ VILLATORO,<br>　　　　Plaintiffs,<br>v.<br><br>J.B. HUNT TRANSPORT, INC.<br>　　　　Defendants. | § § § § § § § § | CIVIL ACTION No. 3:18-cv-00347-S |

## **AGREED ORDER OF DISMISSAL WITH PREJUDICE**

CAME ON Plaintiffs IDANIA GRISELDA MUNOZ VILLATORO AND KELVIN ANTONIO MUNOZ VILLATORO and Defendant J.B. HUNT TRANSPORT, INC., and announced that all matters in controversy between these parties had been settled herein, and that Plaintiff's claims against these Defendants should be dismissed with prejudice to the Plaintiffs' right to refile same and court costs to be paid by the party incurring same.

IT IS THEREFORE ORDERED that the claims and causes of action of Plaintiff **IDANIA GRISELDA MUNOZ VILLATORO AND KELVIN ANTONIO MUNOZ VILLATORO** against Defendant **J.B. HUNT TRANSPORT, INC.** are hereby dismissed with prejudice to the refiling of same and taxable costs are to be paid by the party incurring same.

Signed this 25th day of March, 2019.

_____
PRESIDING JUDGE

APPROVED AS TO FORM AND CONTENT:


/s/ Lucas Lafitte
**LUCAS LAFITTE**
*Attorney for Plaintiffs*


/s/Michael Wright
**MICHAEL WRIGHT**
*Attorney for Defendants*